IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENVIRONMENTAL PROTECTION INFORMATION CENTER,

    Plaintiff

    v.

JERRY AYERS, et al.,

    Defendants.

No. C-13-0656 MMC

**ORDER OF REFERRAL**

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Susan Illston for consideration of whether the case is related to <u>Pace v. Bonham</u>, 12-5610 SI. (<u>See</u> Notice of Pendency of Other Action or Proceeding, filed March 13, 2013, in Case No. 13-0656.)

**IT IS SO ORDERED.**

Dated: March 15, 2013

MAXINE M. CHESNEY
United States District Judge