IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>  Plaintiff<br><br>  v.<br><br>JERRY AYERS, et al.,<br><br>  Defendants. _____ / | No. C-13-0656 MMC<br><br>**ORDER OF REFERRAL** |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Susan Illston for consideration of whether the case is related to <u>Pace v. Bonham</u>, 12-5610 SI.  (<u>See</u> Notice of Pendency of Other Action or Proceeding, filed March 13, 2013, in Case No. 13-0656.)

**IT IS SO ORDERED.**

Dated: March 15, 2013

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge