IGNACIA S. MORENO                                      THE HONORABLE MAXINE M. CHESNEY
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar 237214)
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0202 (phone)
(202) 305-0275 (fax)
ethan.eddy@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER, | Case No. 3:13-cv-0656-MMC |
| Plaintiff, | ORDER APPROVING **STIPULATION** ~~AND PROPOSED ORDER~~ **TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALLOW LEAVE TO APPEAR BY TELEPHONE** |
| v. | |
| JERRY AYERS, STANFORD LEHR, CHARLTON H. BONHAM, PAT OVERTON, ROWAN GOULD, JEFF UNDERWOOD, and U.S. FISH AND WILDLIFE SERVICE, | Date:  ~~May 24, 2013~~ |
| | Time:  10:30 a.m. |
| Defendants. | Judge:  Hon. Maxine M. Chesney |
| | Courtroom 7, 19th Floor |

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE                                        Case No. 3:13-cv-0656-MMC

# STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, all parties to this action stipulate and respectfully request of the Court as follows:

**A.  Continuance of Initial Case Management Conference**

1. The initial case management conference in this action is presently set for Friday, May 24, 2013 at 10:30am. *See* ECF No. 9, at 1.

2. Lead counsel for Federal Defendants will be traveling by air on that date to a sibling's wedding during the entirety of the Court's business hours, and requests from the Court a continuance of the initial case management conference. Pursuant to Civil Local Rule 6-2(a), a supporting declaration is attached.

3. Counsel for Federal Defendants has conferred with counsel for all other parties on this request, and all parties agree to stipulate and request of the Court an order continuing the initial case management conference to a later date. Counsel for all parties will be available on Friday, May 31, 2013.

4. There have been no prior time modifications in this case.

5. The parties have requested an ADR Telephone Conference, which is currently set for May 21, 2013. There are no other outstanding ADR deadlines.

6. Therefore, the parties request that the Court continue the initial case management conference to May 31, 2013 at 10:30am. The parties' joint case management statement would be due on or by May 24, 2013. *See* ECF No. 9, at 1.

**B.  Request for Telephonic Appearance at Initial Case Management Conference**

7. Counsel for Federal Defendants, who are based in Washington, DC, additionally request leave of Court to appear telephonically at the initial case management conference.

8. As explained in the supporting declaration, the U.S. Department of Justice is currently operating under a reduced budget and a non-essential spending freeze and, therefore,

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE         1         Case No. 3:13-cv-0656-MMC

Department employees are urged to conserve public resources whenever possible, including requesting telephonic appearances where appropriate.

9. An order granting leave for counsel for Federal Defendants to appear telephonically at the initial case management conference will save the expense of travel from Washington, DC to San Francisco.

10. Counsel for Federal Defendants has conferred with counsel for all other parties on this request for leave to appear telephonically, and all parties agree to stipulate and request of the Court an order permitting counsel for Federal Defendants to appear telephonically at the initial case management conference.

Respectfully submitted this 1st day of May, 2013.

> IGNACIA S. MORENO
> Assistant Attorney General
> U.S. Department of Justice
> Environment & Natural Resources Division
> SETH M. BARSKY, Chief
> S. JAY GOVINDAN, Assistant Chief
>
>   /s/ Ethan Carson Eddy
> ETHAN CARSON EDDY
> Trial Attorney (Cal. Bar 237214)
> Wildlife and Marine Resources Section
> P.O. Box 7611, Ben Franklin Station
> Washington, D.C. 20044
> (202) 305-0202 (Phone); (202) 305-0275 (Fax)
> ethan.eddy@usdoj.gov
>
> ROMNEY S. PHILPOTT, CO Bar #35112
> U.S. Department of Justice
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Tel: (202) 305-0258
> Fax: (202) 305-0506
>
> *Attorneys for Federal Defendants*

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE            2           Case No. 3:13-cv-0656-MMC

```
                                /s/ Sharon E. Duggan
                           Sharon E. Duggan (SBN 105108)
                           370 Grand Ave., Suite 5
                           Oakland, CA  94610
                           foxsduggan@aol.com
                           Tel: 510-271-0825
                           Fax: 510-271-0829

                                /s/ Peter M.K. Frost
                           Peter M.K. Frost, admitted pro hac vice
                           Western Environmental Law Center
                           1216 Lincoln St.
                           Eugene, OR  97401
                           frost@westernlaw.org
                           Tel: 541-359-3238
                           Fax: 541-485-2457

                           Attorneys for Plaintiff


                           KAMALA D. HARRIS
                           Attorney General of California
                           ROBERT W. BYRNE
                           Senior Assistant Attorney General
                           GAVIN G. MCCABE
                           Supervising Deputy Attorney General
                           DANIEL S. HARRIS (SBN 157433)
                           Deputy Attorney General

                                /s/ Marc N. Melnick
                           MARC N. MELNICK (SBN 168187)
                           Deputy Attorney General
                           1515 Clay Street, 20th Floor
                           P.O. Box 70550
                           Oakland, CA 94612-0550
                           Telephone: (510) 622-2133
                           Fax: (510) 622-2270
                           E-mail: Marc.Melnick@doj.ca.gov

                           Attorneys for State Defendants
```

**E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that Sharon Duggan, Peter Frost and Marc Melnick have concurred in the filing of this document.

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE         3         Case No. 3:13-cv-0656-MMC

          /s/ Ethan Carson Eddy
          ETHAN CARSON EDDY
          Counsel for Federal Defendants

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, all counsel shall appear telephonically at the May 31, 2013 Case Management Conference.

Dated: May 6, 2013

*Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Judge

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE      4      Case No. 3:13-cv-0656-MMC