IGNACIA S. MORENO  
Assistant Attorney General  
U.S. Department of Justice  
Environment & Natural Resources Division  
SETH M. BARSKY, Chief  
S. JAY GOVINDAN, Assistant Chief  
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar 237214)  
Wildlife and Marine Resources Section  
P.O. Box 7611, Ben Franklin Station  
Washington, D.C. 20044  
(202) 305-0202 (phone)  
(202) 305-0275 (fax)  
ethan.eddy@usdoj.gov  

*Attorneys for Defendants*

THE HONORABLE MAXINE M. CHESNEY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>                   Plaintiff,<br><br>    v.<br><br>JERRY AYERS, STANFORD LEHR, CHARLTON H. BONHAM, PAT OVERTON, ROWAN GOULD, JEFF UNDERWOOD, and U.S. FISH AND WILDLIFE SERVICE,<br><br>                   Defendants. | Case No. 3:13-cv-0656-MMC<br>ORDER APPROVING **STIPULATION** ~~AND PROPOSED ORDER~~ **TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALLOW LEAVE TO APPEAR BY TELEPHONE**<br><br>Date:    ~~May 24, 2013~~<br>Time:    10:30 a.m.<br>Judge:   Hon. Maxine M. Chesney<br>Courtroom 7, 19th Floor |

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE                                   Case No. 3:13-cv-0656-MMC

# STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, all parties to this action stipulate and respectfully request of the Court as follows:

**A.    Continuance of Initial Case Management Conference**

1. The initial case management conference in this action is presently set for Friday, May 24, 2013 at 10:30am. *See* ECF No. 9, at 1.

2. Lead counsel for Federal Defendants will be traveling by air on that date to a sibling's wedding during the entirety of the Court's business hours, and requests from the Court a continuance of the initial case management conference. Pursuant to Civil Local Rule 6-2(a), a supporting declaration is attached.

3. Counsel for Federal Defendants has conferred with counsel for all other parties on this request, and all parties agree to stipulate and request of the Court an order continuing the initial case management conference to a later date. Counsel for all parties will be available on Friday, May 31, 2013.

4. There have been no prior time modifications in this case.

5. The parties have requested an ADR Telephone Conference, which is currently set for May 21, 2013. There are no other outstanding ADR deadlines.

6. Therefore, the parties request that the Court continue the initial case management conference to May 31, 2013 at 10:30am. The parties' joint case management statement would be due on or by May 24, 2013. *See* ECF No. 9, at 1.

**B.    Request for Telephonic Appearance at Initial Case Management Conference**

7. Counsel for Federal Defendants, who are based in Washington, DC, additionally request leave of Court to appear telephonically at the initial case management conference.

8. As explained in the supporting declaration, the U.S. Department of Justice is currently operating under a reduced budget and a non-essential spending freeze and, therefore,

Department employees are urged to conserve public resources whenever possible, including requesting telephonic appearances where appropriate.

9. An order granting leave for counsel for Federal Defendants to appear telephonically at the initial case management conference will save the expense of travel from Washington, DC to San Francisco.

10. Counsel for Federal Defendants has conferred with counsel for all other parties on this request for leave to appear telephonically, and all parties agree to stipulate and request of the Court an order permitting counsel for Federal Defendants to appear telephonically at the initial case management conference.

Respectfully submitted this 1st day of May, 2013.

                IGNACIA S. MORENO
                Assistant Attorney General
                U.S. Department of Justice
                Environment & Natural Resources Division
                SETH M. BARSKY, Chief
                S. JAY GOVINDAN, Assistant Chief

                 /s/ Ethan Carson Eddy
                ETHAN CARSON EDDY
                Trial Attorney (Cal. Bar 237214)
                Wildlife and Marine Resources Section
                P.O. Box 7611, Ben Franklin Station
                Washington, D.C.  20044
                (202) 305-0202 (Phone); (202) 305-0275 (Fax)
                ethan.eddy@usdoj.gov

                ROMNEY S. PHILPOTT, CO Bar #35112
                U.S. Department of Justice
                Natural Resources Section
                P.O. Box 7611
                Washington, D.C. 20044-7611
                Tel: (202) 305-0258
                Fax: (202) 305-0506

                *Attorneys for Federal Defendants*

    /s/ Sharon E. Duggan
Sharon E. Duggan (SBN 105108)
370 Grand Ave., Suite 5
Oakland, CA  94610
foxsduggan@aol.com
Tel: 510-271-0825
Fax: 510-271-0829

    /s/ Peter M.K. Frost
Peter M.K. Frost, admitted *pro hac vice*
Western Environmental Law Center
1216 Lincoln St.
Eugene, OR  97401
frost@westernlaw.org
Tel: 541-359-3238
Fax: 541-485-2457

*Attorneys for Plaintiff*

KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Senior Assistant Attorney General
GAVIN G. MCCABE
Supervising Deputy Attorney General
DANIEL S. HARRIS (SBN 157433)
Deputy Attorney General

    /s/ Marc N. Melnick
MARC N. MELNICK (SBN 168187)
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2133
Fax: (510) 622-2270
E-mail: Marc.Melnick@doj.ca.gov

*Attorneys for State Defendants*

### **E-FILING ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest that Sharon Duggan, Peter Frost and Marc Melnick have concurred in the filing of this document.

        /s/ Ethan Carson Eddy  
        ETHAN CARSON EDDY  
        Counsel for Federal Defendants

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Further, all counsel shall appear telephonically at the May 31, 2013 Case Management Conference.

Dated: May 6, 2013

*/s/ Maxine M. Chesney*  
Hon. Maxine M. Chesney  
United States District Judge

STIPULATION TO CONTINUE INITIAL  
CASE MANAGEMENT CONFERENCE     4     Case No. 3:13-cv-0656-MMC