Sharon E. Duggan (SBN 105108)
370 Grand Avenue, Suite 5
Oakland, California 94610
foxsduggan@aol.com
Tel: 510-271-0825
Fax: 510-271-0829

Peter M.K. Frost, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon 97401
frost@westernlaw.org
Tel: 541-359-3238
Fax: 541-485-2471

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>STAFFORD LEHR, CHARLTON H. BONHAM, NEIL MANJI, DANIEL M. ASHE, JEFF UNDERWOOD, UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants. | Case No. 13-00656-MMC<br>**ORDER APPROVING PLAINTIFF'S AND STATE DEFENDANTS' STIPULATION AND [PROPOSED] ORDER FOR STAY** |

Plaintiff Environmental Protection Information Center and Defendants Stafford Lehr, Charlton H. Bonham, and Neil Manji ("State Defendants") hereby stipulate to and respectfully request that, pursuant to the following terms, the Court order a stay of the proceedings in this case related to the claims that State Defendants violated Section 9 of the Endangered Species Act ("ESA") or any other law. Plaintiff and State Defendants so stipulate to conserve their resources pending State Defendants' submittal of an application under the ESA to the appropriate federal agencies, and those agencies' review and any approval, of operations at the Mad River hatchery. This stipulation is meant to resolve the differences between Plaintiff and State Defendants related to the propriety of a stay that are set forth in the Joint Case Management Conference Statement filed on May 24, 2013.

Pursuant to this stipulation and order, any and all litigation activity as to State Defendants (including, without limitation, disclosures, discovery, or motion practice) is stayed for one year from the date of the Court's order. This stay may be extended by stipulation or motion. Plaintiff and State Defendants agree to these additional terms for the stay:

1. Prior to entry of a judgment as to State Defendants in this action, and absent a Hatchery and Genetic Management Plan ("HGMP") or take permit approved or issued by the National Marine Fisheries Service ("NMFS"), State Defendants will not collect, trap, or use natural origin (ESA-listed) steelhead trout for broodstock at the Mad River Hatchery.

2. Prior to entry of a judgment as to State Defendants in this action, and absent a HGMP or take permit approved or issued by the NMFS, State Defendants will not release hatchery origin steelhead trout to the main stem of the Mad River, except that State Defendants may release the steelhead trout that are currently at the Mad River Hatchery into the main stem of the Mad River in the Spring of 2014, at either the Mad River Hatchery or at the boat ramp located at the Mad River Estuary (at Mad River Beach County Park).

3. State Defendants agree that if they complete a draft HGMP for the Mad River Hatchery and submit it to NMFS, or apply for a take permit for the overall operations at the Mad River Hatchery from NMFS, they will also send those documents, promptly after submittal to NMFS, to counsel for Plaintiff.

1  4.     State Defendants may participate in any alternative dispute resolution in this case, at their
2  option.

3       Date:  May 31, 2013.              Respectfully submitted,

4                                         /s/ Peter M.K. Frost
5                                         Peter M.K. Frost, *pro hac vice*
                                          Attorney for Plaintiff
6

7                                         /s/ Marc N. Melnick
                                          Marc N. Melnick
8                                         Attorney for State Defendants
9

10 Pursuant to the stipulation of the parties, IT IS SO ORDERED.

11

12
        Date:  May 31, 2013.              _____
13                                        MAXINE M. CHESNEY
                                          United States District Judge
14