KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Senior Assistant Attorney General
GAVIN G. MCCABE
Supervising Deputy Attorney General
DANIEL S. HARRIS (SBN 157433)
MARC N. MELNICK (SBN 168187)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2133
 Fax:  (510) 622-2270
 E-mail:  Marc.Melnick@doj.ca.gov
*Attorneys for Defendants Charlton H. Bonham, Stafford Lehr, and Neil Manji*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ENVIRONMENTAL PROTECTION INFORMATION CENTER,**<br><br>Plaintiff,<br><br>v.<br><br>**JERRY AYERS, STAFFORD LEHR, CHARLTON H. BONHAN, NEIL MANJI, PAT OVERTON, ROWAN GOULD, JEFF UNDERWOOD, UNITED STATES FISH AND WILDLIFE SERVICE,**<br><br>Defendants. | Case No. C-13-0656-MMC-NJV<br><br>[~~PROPOSED~~] **ORDER GRANTING STATE DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO AMEND STIPULATED STAY OF PROCEEDINGS** |

   The Court has received and reviewed State Defendants' Unopposed Administrative Motion to Amend Stipulated Stay Of Proceedings.  There being no opposition, and GOOD CAUSE APPEARING, the motion is granted.  The Court's May 31, 2013, Order Approving Plaintiff's and State Defendants' Stipulation for Stay is amended so that State Defendants may also:

1.

(1) release up to approximately 80,000 steelhead trout from brood year 2013 that are currently at the Mad River Hatchery into Ruth Reservoir within the next 60 days from the date of the Court's order; and/or

(2) release the steelhead trout from brood year 2012 that are currently at the Mad River Hatchery into Ruth Reservoir within the next 60 days from the date of the Court's order.

Dated: July 3, 2013

MAXINE M. CHESNEY
United State District Judge

2.

[PROP.] ORDER GRANTING ST. DS.' UNOPPOSED ADMIN. MTN. TO AMEND STIP. STAY (No. C-13-0656-MMC-NJV)