ROBERT G. DREHER
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar 237214)
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C.  20044
(202) 305-0202 (phone)
(202) 305-0275 (fax)
ethan.eddy@usdoj.gov

THE HONORABLE MAXINE M. CHESNEY

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>                    Plaintiff,<br><br>     v.<br><br>JERRY AYERS, STANFORD LEHR, CHARLTON H. BONHAM, PAT OVERTON, DANIEL ASHE, JEFF UNDERWOOD, and U.S. FISH AND WILDLIFE SERVICE,<br><br>                    Defendants. | Case No.  3:13-cv-0656-MMC<br><br>**PLAINTIFF'S AND FEDERAL DEFENDANTS' STIPULATION TO AMEND STAY AND [PROPOSED] ORDER** APPROVING STIPULATION TO AMEND STAY; DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

STIPULATION TO AMEND STAY
AND [PROPOSED] ORDER                                                            Case No. 3:13-cv-0656-MMC

**STIPULATION**

Pursuant to Civil Local Rule 7-12, Plaintiff Environmental Protection Information Center, and Defendants Daniel Ashe, Jeff Underwood, and the U.S. Fish and Wildlife Service ("Federal Defendants") hereby stipulate to and respectfully request that the Court amend the Court-ordered stay of the proceedings in this case related to the Federal Defendants (ECF No. 42). This amendment is needed to account for the recent stipulation between Plaintiff and the State Defendants to amend the stay order pertaining to claims against the State Defendants (ECF No. 43), which was granted by the Court on February 3, 2014 (ECF No. 44).

Specifically, the stay orders previously entered in this case – one as to the State Defendants and one as to the Federal Defendants – contain language prohibiting the "collection, trapping, or use of natural-origin (ESA-listed) steelhead trout for broodstock at the Mad River Hatchery" by the California Department of Fish and Wildlife, as well as funding for such activities by the U.S. Fish and Wildlife Service. ECF No. 32, at 2; ECF No. 42, at 1. The recent amendment to the stay order for the State Defendants alters that language to require use of natural-origin steelhead trout by the California Department of Fish and Wildlife. ECF No. 44. Since the U.S. Fish and Wildlife Service funds activity at the Hatchery, a concurrent amendment is needed to the stay order between Plaintiff and the Federal Defendants, to allow the U.S. Fish and Wildlife Service to fund such activities.

Plaintiff and Federal Defendants therefore agree, and request that the Court modify its stay order dated July 24, 2013 (ECF No. 42) as follows:

1. The U.S. Fish and Wildlife Service may fund operations at the Mad River Hatchery to collect, trap, or use natural origin (Endangered Species Act-listed) steelhead trout for broodstock at the Mad River Hatchery, as set forth in paragraph 1 of the Court's order dated February 3, 2014 (ECF No. 44).

2. The stay of Plaintiff's claims against Federal Defendants shall be extended to November 30, 2014, or until the National Marine Fisheries Service approves a Hatchery Genetics Management Plan, whichever occurs first.

3. The remainder of the stay order dated July 24, 2013 (ECF No. 42) remains in effect.

Respectfully submitted this 25th day of February, 2014.

        ROBERT G. DREHER
        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division
        SETH M. BARSKY, Chief
        S. JAY GOVINDAN, Assistant Chief

          /s/ Ethan Carson Eddy
        ETHAN CARSON EDDY
        Trial Attorney (Cal. Bar 237214)
        Wildlife and Marine Resources Section
        P.O. Box 7611, Ben Franklin Station
        Washington, D.C.  20044
        (202) 305-0202 (Phone); (202) 305-0275 (Fax)
        ethan.eddy@usdoj.gov

        ROMNEY S. PHILPOTT, CO Bar #35112
        U.S. Department of Justice
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Tel: (202) 305-0258
        Fax: (202) 305-0506

        *Attorneys for Federal Defendants*

          /s/ Peter M.K. Frost
        Peter M.K. Frost, admitted *pro hac vice*
        Western Environmental Law Center
        1216 Lincoln St.
        Eugene, OR  97401
        frost@westernlaw.org
        Tel: 541-359-3238
        Fax: 541-485-2457

*Attorneys for Plaintiff*

### E-FILING ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I attest that Peter Frost has concurred in the filing of this document.

    /s/ Ethan Carson Eddy
ETHAN CARSON EDDY
Counsel for Federal Defendants

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Plaintiff and Federal Defendants are further ORDERED to submit a joint case management statement by December 8, 2014, or within fourteen (14) days following approval of the State Defendants' HGMP, whichever comes first.

Dated: February 27, 2014

HON. MAXINE M. CHESNEY
United States District Judge